UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOMANY MAOMANIVONG, | No. C-13-05433 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; REQUIRING MOTION FOR LEAVE TO AMEND COMPLAINT** |
| v. | |
| NATIONAL CITY MORTGAGE CO., ET AL., | |
| Defendant(s). | |

On April 29, 2014, this court ordered Plaintiff to show cause for Plaintiff's failure to oppose Defendants' motion to dismiss, *see* Docket No. 20, or timely file an amended complaint. [Docket No. 23.] On May 2, 2014, Plaintiff responded to the order to show cause, stating that Plaintiff's failure to timely file an amended complaint was the result of clerical error. [Docket No. 24.]

The order to show cause is discharged. However, to date, Plaintiff has yet to file an amended complaint. By **May 14, 2014,** Plaintiff must file a motion seeking leave of the court to file an amended complaint or the written consent of Defendants to Plaintiff filing an amended complaint, as well as any amended complaint. Failure to do by May 14, 2014 may result in the dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

Dated: May 9, 2014

DONNA M. RYU
United States Magistrate Judge