UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOMANY MAOMANIVONG,<br><br>    Plaintiff(s),<br><br>    v.<br><br>NATIONAL CITY MORTGAGE CO., ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C-13-05433 DMR<br><br>**ORDER TAKING MOTION TO DISMISS [DOCKET NO. 49] UNDER SUBMISSION WITHOUT ORAL ARGUMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendants' motion to dismiss (Docket No. 49), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 11, 2014 hearing on the motion is hereby **VACATED**. The court will issue a written order on the motion.

The Case Management Conference previously set for December 11, 2014 is continued to January 21, 2014. The joint Case Management Conference statement is due on **January 14, 2014**.

IT IS SO ORDERED.

Dated: December 8, 2014

_____
DONNA M. RYU
United States Magistrate Judge