UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOMANY MAOMANIVONG, | No. C-13-05433 DMR |
| Plaintiff(s), | **AMENDED ORDER TAKING MOTION TO DISMISS [DOCKET NO. 49] UNDER SUBMISSION WITHOUT ORAL ARGUMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NATIONAL CITY MORTGAGE CO., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendants' motion to dismiss (Docket No. 49), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 11, 2014 hearing on the motion is hereby **VACATED**. The court will issue a written order on the motion.

The Case Management Conference previously set for December 11, 2014 is continued to January 21, **2015**. The joint Case Management Conference statement is due on **January 14, 2015**.

IT IS SO ORDERED.

Dated: December 8, 2014

DONNA M. RYU
United States Magistrate Judge