UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOMANY MAOMANIVONG,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO., et al.,<br><br>Defendants. | Case No. 13-cv-05433-DMR<br><br>**ORDER ON MOTION TO WITHDRAW; ORDER DIRECTING ROBERT HOSCH TO APPEAR IN PERSON ON JUNE 25, 2015**<br><br>Docket No. 74 |

The court has received Defendant Cal-Western Reconveyance LLC's counsel's motion to withdraw as counsel. [Docket No. 74.] In her declaration in support of the motion, attorney Melissa Armstrong states that both Cal-Western Reconveyance and Butler & Hosch, P.A. (the law firm at which Armstrong was employed) was owned and/or controlled by Robert Hosch. On May 14, 2015, Hosch ceased operations of both of these businesses without notice to any of its employees. Until May 14, 2015, Armstrong had been employed as an associate attorney at Butler & Hosch.

**The court orders Robert Hosch to appear in person on June 25, 2015 at 11:00 a.m. at the hearing on the motion to withdraw**. Cal-Western Reconveyance's counsel must make her best efforts to serve this order on Hosch at all of his known addresses, including email addresses. Counsel shall file a proof of service of this order.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
Donna M. Ryu
United States Magistrate Judge